# EXHIBIT C

| | |
|---|---|
| DISTRICT COURT<br>CHAFFEE COUNTY, STATE OF COLORADO<br>142 Crestone Ave,<br>Salida, CO. 81201<br>719-539-2561<br><br>_____<br><br>**Plaintiffs**: Hotel Finance Partners, Inc.<br><br>v<br><br>**Defendants**:  Teresa Cavallo, as Executrix of the Estate of<br>Richard Imperatore<br>_____<br><br>Attorney for Plaintiffs:<br>SAVASTANO BRUNGARD & GEYER, PLLC<br>Anthony Savastano, Atty. Reg. No. 45398<br>150 E. 9th St. #400<br>Durango, Colorado 81301<br>Phone Number: 970-247-4545<br>Fax Number:  970-247-4546<br>E-mail: anthony@sbglaw.com | ▲ COURT USE ONLY ▲<br>_____<br><br>Case Number:<br><br>  2026 CV 30022<br><br>Division:  3 |
| **ACCEPTANCE AND WAIVER OF SERVICE** | |

I, John M. McHugh, as counsel for Teresa Cavallo, as Executrix for the Estate of Richard Imperatore, am authorized to and hereby accept service of *Plaintiff's Complaint; Complaint Exhibits A, B, C, & D; Civil Case Cover Sheet; Summons, Ex-Parte Motion for Show Cause Pursuant to C.R.S. § 38-35-204, Order to Show Cause dated March 30, 2026, and Notice of Show Cause Pursuant to 105.1* in the above matter. I agree that this waiver and acceptance of service shall have the same effect as personal service upon Teresa Cavallo, as Executrix for the Estate of Richard Imperatore, within the State of New Jersey as of the date below.

DATED this 31st day of March 2026.

  */s/ John M. McHugh*
John M. McHugh, #45456
Fennemore Craig P.C.
3615 Delgany St., Ste. 1100
Denver, Colorado 80216
jmchugh@fennemorelaw.com
Telephone: (303) 291-3200
Attorney for Teresa Cavallo as Executrix of the Estate of
Richard Imperatore.

1