# EXHIBIT D

Docusign Envelope ID: EA6BB4E7-5E72-4D0F-BB9C-7C8A223D84D2

| | |
|---|---|
| DISTRICT COURT, CHAFFEE COUNTY, COLORADO<br>142 Crestone Ave,<br>Salida, CO 81201<br><br>**Plaintiff,**<br>Hotel Finance Partners, Inc.,<br><br>v.<br><br>**Defendant,**<br>Teresa Cavallo, as Executrix of the Estate of Richard Imperatore.<br><br>*Attorneys for Defendant Teresa Cavallo*<br><br>John M. McHugh, Reg. No. 45456<br>Caitlin D. McGilchrist, Reg. No. 62299<br>FENNEMORE CRAIG, P.C.<br>3615 Delgany St, Suite 1100<br>Denver, Colorado 80216-3997<br>Phone:   (303) 291-3200<br>Fax:   (303) 291-3201<br>E-mail:   jmchugh@fennemorelaw.com<br>       cmcgilchrist@fennemorelaw.com | ▲ COURT USE ONLY ▲<br><br>Case No. 2026CV30022<br><br>Division: 3 |

### DECLARATION OF TERESA CAVALLO
### IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

I, Teresa Cavallo, hereby declare under penalty of law that the following facts are true and correct:

1.    I am over eighteen years of age, have personal knowledge of the facts stated herein, and am competent to testify to the same.

2.    This declaration is submitted in support of Defendant's Notice of Removal.

3.    I am the Executrix of the Estate of Mr. Richard Imperatore.

4.    At the time of Mr. Imperatore's death, he was domiciled in New York, where he

Docusign Envelope ID: EA6BB4E7-5E72-4D0F-BB9C-7C8A223D84D2

resided and intended to remain.

5.      Neither I nor Mr. Imperatore was a citizen of Colorado or Texas at any relevant time.

Dated: 4/2/2026

DocuSigned by:

*Teresa Cavallo*

B538C8932FA548F...

Teresa Cavallo

2