# EXHIBIT E

| | |
|---|---|
| DISTRICT COURT, CHAFFEE COUNTY, COLORADO<br>142 Crestone Ave,<br>Salida, CO. 81201<br>719-539-2561<br><br>──────────────────────────<br><br>**Plaintiffs**: Hotel Finance Partners, Inc.<br><br>v<br><br>**Defendants**:  Teresa Cavallo, as Executrix of the<br>Estate of Richard Imperatore | DATE FILED<br>March 30, 2026 5:30 PM<br>CASE NUMBER: 2026CV30022<br><br><br>▲ COURT USE ONLY▲<br><br>──────────────────<br><br>Case No.: 2026CV30022<br><br>Division:  3 |
| **ORDER TO SHOW CAUSE PURSUANT TO C.R.S. § 38-35-204** | |

THIS MATTER, having come before the Court upon the Plaintiff's Ex Parte Motion To Show Cause Pursuant To C.R.S. § 38-35-204 against Defendant Estate Of Richard Imperatore, the Court having reviewed the file, and being fully advised in the premises, hereby ORDERS:

1.  Any lien claimant and any person who recorded or filed the lien or document shall appear before the Court to SHOW CAUSE why the lien or document should not be declared invalid:

**May 1, 2026 at 1:30 p.m.**
Chaffee County Combined Courts,
142 Crestone Ave, Salida, CO 81201.

2.  If the defendant fails to appear at the time and place specified, the spurious lien or spurious document will be declared invalid and released.  C.R.S. § 38-35-204(1)(b).

3.  Plaintiff shall issue Notice to the defendant in compliance with C.R.C.P. 105.1(b).

4.  Not less than 7 days prior to the hearing, each defendant shall file and serve a verified response to the Motion, setting forth the facts supporting the validity of the lien or document and attaching copies of all documents which support the validity of the lien or document.  C.R.C.P. 105.1(c).  Service of such response shall be made in accordance with Rule 5(b).

5.  Upon hearing, the Court shall award costs, including reasonable attorney fees, to the prevailing party.  C.R.S. § 38-35-204(1)(c); C.R.C.P. 105.1(d).

6.  This entire case is being referred to a magistrate for all functions except a jury trial. Many proceedings require consent for a magistrate to preside and parties have the right to have certain proceedings before a district court judge. Any party who fails to file a written objection within fourteen days shall be deemed to have consented.

SO ORDERED.  March 30, 2026.          By the Court:

_____

JOANNE MORANDO
District Court Magistrate

Except as otherwise provided by statute, no appeal may be filed unless a petition for review has been filed with the district court within 28 days from the date of this order or judgment as provided by C.R.M. 7(c) and the district court has ruled on that petition.