# EXHIBIT F

# Register of Actions

Filed by Plaintiff/Petitioner  **Case Number:** 2026CV030022  **Division:** 3
Filed by Defendant/Respondent  **Case Type:** Lien  **Judicial Officer:** Joanne Morando
Filed by Court  **Case Caption:** Hotel Finance Partners Inc v. Estate Of Richard Imperatore  **Court Location:** Chaffee County

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 12A370338B01F | 03/31/2026 4:40 PM | Anthony C Savastano | DUTHIE SAVASTANO BRUNGARD PLLC | Hotel Finance Partners Inc | Notice | Notice of Show Cause Hearing Pursuant to C.R.C.P. 105.1(b) | Public |
| N/A (Details) | 03/30/2026 5:30 PM | Joanne Morando | Chaffee County | N/A | Order 🔗 | Order to Show Cause Pursuant to C.R.S. 38-35-204 | Public |
| N/A (Details) | 03/26/2026 8:45 AM | Dayna Vise | Chaffee County | N/A | Order | Delay Reduction Order | Public |
| D78368EF8B2ED | 03/26/2026 8:34 AM | Anthony C Savastano | DUTHIE SAVASTANO BRUNGARD PLLC | Hotel Finance Partners Inc | Motion 🔗 | Ex Parte Motion to Show Cause Pursuant to C.R.S. 38-35-204 | Public |
| | | | | | Proposed Order | RE Ex Parte Motion to Show Cause Pursuant to C.R.S. 38-35-204 | Public |
| F07025D335E32 | 03/25/2026 4:30 PM | Anthony C Savastano | DUTHIE SAVASTANO BRUNGARD PLLC | Hotel Finance Partners Inc | Complaint | Complaint | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit A to Complaint | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit B to Complaint | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit C to Complaint | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit D to Complaint | Protected |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |

# Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| Estate of Richard Imperatore | Defendant | Active | N/A |
| Hotel Finance Partners Inc | Plaintiff | Active | ANTHONY C SAVASTANO (DUTHIE SAVASTANO BRUNGARD PLLC) |