# EXHIBIT G

| | |
|---|---|
| DISTRICT COURT<br>CHAFFEE COUNTY, STATE OF COLORADO<br>142 Crestone Ave.<br>PO Box 279<br>Salida, CO. 81201<br>719-539-2561<br><br>_____<br>**Plaintiffs**: Hotel Finance Partners, Inc.<br><br>v<br><br>**Defendants**:  Teresa Cavallo, as Executrix of the Estate of Richard Imperatore<br><br>_____<br>Attorney for Plaintiffs:<br>SAVASTANO BRUNGARD & GEYER, PLLC<br>Anthony Savastano, Atty. Reg. No. 45398<br>150 E. 9th St. #400<br>Durango, Colorado 81301<br>Phone Number: 970-247-4545<br>Fax Number:  970-247-4546<br>E-mail: anthony@sbglaw.com | DATE FILED<br>March 25, 2026 4:30 PM<br>FILING ID: F07025D335E32<br>CASE NUMBER: 2026CV30022<br><br><br>▲ COURT USE ONLY ▲<br>_____<br><br>Case Number:<br><br><br><br>Division: |
| **DISTRICT COURT CIVIL CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT** | |

1.      This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, crossclaim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2.      Simplified Procedure under C.R.C.P. 16.1 applies to this case unless (check one box below if this party asserts that C.R.C.P. 16.1 does not apply):

☐      This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, or

☒      This party is seeking a monetary judgment against another party of more than $100,000.00, exclusive of interest and costs, as supported by the following certification:

> By my signature below and in compliance with C.R.C.P. 11, based upon information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

**Or**

1

☐      Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3.    ❑      This party makes a Jury Demand at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

RESPECTFULLY submitted this 25th day of March 2026.

SAVASTANO BRUNGARD & GEYER, PLLC

*(Original signature on file)*

*/s/Anthony Savastano*
Anthony Savastano, Reg. No. 45398
Savastano Brungard & Geyer, PLLC
P.O. Box 219
Durango, Colorado 81302
Phone: 970-247-4545
Fax: 970-247-4546
Email: anthony@sbglaw.com

**NOTICE**
This cover sheet must be served on all other parties along with the initial pleading of a complaint, counterclaim, cross-claim, or third party complaint.